UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FRANCISCO JAVIER OJEDA-PERRALTA,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No.: 26-CV-4795 JLS (DDL)

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

(ECF No. 1)

Presently before the Court is Francisco Javier Ojeda-Perralta's Petition for Writ of Habeas Corpus ("Pet.," ECF No. 1) and Respondents' Return to Petition ("Ret.," ECF No. 4).

Petitioner, a native of Ecuador, crossed the border in 2022 where he was paroled into the United States. Pet. at 1. Petitioner then submitted an asylum application and was granted employment authorization. *Id.* But while driving to work, Petitioner was apprehended and taken into custody. Petitioner argues that his arrest and subsequent detention without notice or an opportunity to be heard violates the Fifth Amendment's Due Process Clause. *Id.* at 2. As a result, he requests release from custody. *Id.* Respondents acknowledge that Petitioner was released on parole and thus "do not oppose the petition and defer to the Court on the appropriate relief." Ret. at 2–3. The Court finds that

Petitioner is entitled to release. *See, e.g.*, *Noori v. LaRose*, 807 F. Supp. 3d 1146, 1163–67, 1169 (S.D. Cal. 2025) (granting release under similar facts); *Tran v. LaRose*, No. 26-CV-2653 JLS (GC), 2026 WL 1303166, at *1–3 (S.D. Cal. May 12, 2026) (same); *Antonio v. LaRose*, No. 26-CV-2387-LL-MMP, 2026 WL 1215037, at *1–3 (S.D. Cal. May 4, 2026) (same).

Accordingly, the Court **GRANTS** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1), and **ORDERS** Respondents to immediately release Petitioner from custody subject to the conditions of his preexisting parole. The Court **ORDERS**, prior to any re-detention of Petitioner, that Petitioner is entitled to notice of the reasons for revocation of his parole and a hearing before a neutral decision maker to determine whether detention is warranted. The government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a flight risk. The Parties are **ORDERED** to file a Joint Status Report by September 25, 2026, confirming that Petitioner has been released. As this concludes the litigation in this case, the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: September 18, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge